## M'GEHEE v. EVANS.

The statute giving no more costs than damages in certain actions of trespass, does not extend to cases of trespass to try titles.

A. M'GEHEE brought an action of trespass to try titles, in Greene Circuit Court, against S. Evans, to recover possession of certain land, and damages for the detention. The venue being changed to the county of Perry, the cause was there tried at November term, 1827, and a verdict was found for the plaintiff, with six and a fourth cents damages. A writ of *habere facias possessionem* was awarded for the land, and judgement rendered against the defendant for the damages, and six and a fourth cents costs, being no more costs than damages; and judgement was entered for the balance of the costs against the plaintiff.

The appellant assigned for error, that full costs should have been adjudged to the plaintiff.

BARTON and STEWART, for the plaintiff in error.

PICKENS and BAYLOR, for the defendant.

## By THE COURT.

The statute of 1822, [a] giving no more costs than damages in certain cases of trespass, does not apply to cases of trespass to try titles.    Let the judgement be reversed, and here rendered for the full costs.